IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>                      Plaintiff,           )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>JAMES CALLAHAN,                       )<br>                                                       )<br>                      Defendant.      )<br>_____)  | Case No. CR-09-74-E-BLW<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR SETTLEMENT OF CLAIMS OF KENNETH AND MARY CALLAHAN** |

This Court has before it a Stipulation and Agreement for Settlement of Claims of Kenneth J. Callahan and Mary Frances Callahan (Docket No. 43) filed March 17, 2010, signed by the government and Kenneth and Mary Callahan for the return of a Savage Model 99C, .308 Winchester lever-action rifle, serial number A083049, subject to a criminal ancillary proceeding in the case herein.

THEREFORE, IT IS HEREBY ORDERED that above-referenced Stipulation is APPROVED, and it is FURTHER ORDERED that:

1. The subject firearm shall be returned to Kenneth and Mary Callahan.

2. Upon return of the subject Savage Model 99C, .308 Winchester lever-action rifle to Kenneth and Mary Callahan, they will personally take possession of this firearm and will insure that this firearm and any other firearm in their possession shall never be delivered to or allowed to be possessed by the defendant James Callahan, his wife, Shanla, or any other member of James' immediate household.

If for any reason Kenneth and Mary Callahan relinquish possession of the subject firearm except through sale, gift, or other transfer to a non-prohibited third party, then the Callahans will

report the theft or loss immediately to the appropriate local law enforcement officers.

    3. Each party shall bear its own costs and attorney fees.

DATED: **March 20, 2010**

*[signature]*
B. LYNN WINMILL
Chief Judge
United States District Court